JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
By: Jan Ellard, Deputy (SBN 171947)
By: Daniel J. Valim, Deputy (SBN 233061)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4759
Facsimile:  (650) 363-4034
E-mail:  jellard@smcgov.org

Attorneys for Defendant
County of San Mateo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST BEDNAR,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTY OF SAN MATEO,<br><br>            Defendant. | Case No. C 14-00423 JCS<br><br>**STIPULATION OF THE PARTIES TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br>**[LOCAL RULE 6-1]** |

   Defendant County of San Mateo and Plaintiff Ernest Bednar, hereby stipulate to a fourteen day extension of time within which Defendant shall answer or otherwise respond to the Complaint as provided in Local Rule 6-1.  Said response shall be filed on or before April 10, 2014.  This extension of time will not alter the date of any hearing or conference set by the Court.  The extension is necessary to allow Defendant's counsel sufficient time to prepare its responsive pleading.

Dated:  March 26, 2014.                              JOHN C. BEIERS, COUNTY COUNSEL

                                                     By:_____/s/_____
                                                           Jan E. Ellard, Deputy
                                                           Attorneys for Defendants
                                                           COUNTY OF SAN MATEO

Dated:  March 26, 2014                              JASON M. ELRICH,
                                                     MCCORMACK & ELRICH, LLP

Dated: 3/27/14
                                                     By:_____/s/_____
                                                           Jason M. Elrich, Esq.
                                                           Attorneys for Plaintiff
                                                           ERNEST BENDAR

*IT IS SO ORDERED*
*Judge Joseph C. Spero*